JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE JAMES DAVIS IV, et al., | Case No. CV-17-8584-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| ELIJAH G. STINY, et al., | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **April 13, 2018** why this action should not be dismissed for lack of prosecution. On April 12, 2018, Plaintiff filed a Response to the Order to Show Cause stating that a Motion to Amend Complaint was filed simultaneously with the Response. On May 21, 2018, Plaintiff's Motion to Amend Complaint was denied. Thereafter, no further action was taken by Plaintiff; and, as of the date of this Order, no proof of service or further response has been filed.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 23, 2019

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE